IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JA'KARI WHETSTONE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIV. ACT. NO. 1:20-cv-0280-TFM-B |
| | ) |
| CYNTHIA STEWART, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT

In accordance with the Memorandum Opinion and Order entered this same date, it is **ORDERED**, **ADJUDGED**, and **DECREED** that judgment is entered in favor of Defendants Warden Cynthia Stewart, Warden Terry Raybon, and Warden Phillip Mitchell, and against Plaintiff Ja'Kari Whetstone. Plaintiff's action against said defendants are **DISMISSED with prejudice**.

The Clerk of Court is **DIRECTED** to enter this document on the civil docket as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**DONE** and **ORDERED** this 16th day of August, 2022.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE